1  **STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.**
   James F. Holtz, Esq.
2  Nevada Bar No. 8119
   Scott J. Ingold, Esq.
3  Nevada Bar No. 11818
   1120 Town Center Drive, Suite 220
4  Las Vegas, Nevada  89144
   Telephone:   (702) 304-1803
5  Facsimile:     (702) 304-1822
   jholtz@stutzartiano.com
6
   Attorneys for Defendant WALGREEN CO.
7

8

9

10              **UNITED STATES DISTRICT COURT**

11             **FOR THE DISTRICT OF NEVADA**

12 KATHRYN McKENZIE,                    | Case No.  2-12-cv-00044-KJD-RJJ

13              Plaintiff,              | **WALGREEN CO.'S WITHDRAWAL OF EMERGENCY MOTION TO**
14       vs.                           | **QUASH PLAINTIFF'S SUBPOENAS TO NON-PARTIES: (1) SEDGWICK**
15 WALGREEN CO, et al.,                | **CLAIMS MANAGEMENT, CUSTODIAN OF RECORDS; AND**
16              Defendants.            | **(2) ADRIAN DIXON (DOC. NOS. 39 and 39-1)**

17        COMES NOW, Defendant WALGREEN CO. hereby withdraws its Motion to

18

19 Quash.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                          1
G:\DATA\1329\68\PL\S0111199.WPD

1       Plaintiff has served Attorneys of Record for Walgreen Co. with two subpoenas for

2 production related to non-parties Sedgwick Claims Management, and a former employee

3 of Sedgwick, Adrian Dixon.  Defendant filed the instant Motion to Quash and Declaration

4 Doc. Nos. 39 and 39-1 on October 15, 2012.  Defendant now moves to withdraw the

5 Motion and attached Declaration in order to re-file as to quash only the Sedgwick Claims

6 Management, Custodian of Records subpoena and make the requisite amendments and

7 changes.

8

9 DATED: October 16, 2012          STUTZ ARTIANO SHINOFF & HOLTZ
                                         A Professional Corporation

10

11                                        By: /s/ James  F. Holtz
                                              James F. Holtz

12                                               Scott J. Ingold
                                     Attorneys for Defendant WALGREEN CO.

13                                      1120 Town Center Drive, Suite 220
                                     Las Vegas, Nevada   89144

14                                      Telephone:   (702) 304-1803
                                     Facsimile:   (702) 304-1822

15                                      jholtz@stutzartiano.com

16

17

18

19                                      IT IS SO ORDERED. [39] EMERGENCY
                                     MOTION IS WITHDRAWN FROM

20                                      CONSIDERATION BY THE COURT.

21                                      .

22                                      .

23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

G:\DATA\1329\68\PL\S0111199.WPD

**WITHDRAWAL OF MOTION TO QUASH BY WALGREEN CO.**
2-12-cv-00044-KJD-RJJ