# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KATHRYN MCKENZIE,

    Plaintiff,

v.

WALGREEN CO., *et al.*,

    Defendants.

Case No. 2:12-CV-44-KJD-NJK

**ORDER**

    Presently before the Court is Plaintiff's Objection (#68) to Magistrate's Ruling (#66) on Plaintiff's Emergency for Extension Of Discovery Deadlines (#44) and Plaintiff's Motion for Sanctions (#47). Defendants filed a response in opposition (#88). Objections to the magistrate judge's Order (#66) were filed pursuant to Local Rule IB 3-1 of the Local Rules of Practice of the United States District Court for the District of Nevada.

    Plaintiff is required to demonstrate that the magistrate judge's ruling is clearly erroneous or contrary to law. The Court finds that the magistrate's Order (#66) is neither clearly erroneous nor contrary to law under Federal Rule of Civil Procedure 72(a). See 28 U.S.C. § 636(b)(1)(A). This Court does not have a definite and firm conviction that a mistake has been made. See Weeks v. Samsung Heavy Indus. Co. Ltd., 126 F.3d 926, 943 (7th Cir. 1997).

    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Objection (#68) is **DENIED**;

1  **IT IS FURTHER ORDERED** that the magistrate judge's Order (#66) is **AFFIRMED**.

2  DATED this 4th day of March 2013.

_____
Kent J. Dawson
United States District Judge